UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 3, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

MULAN PRECIOUS KEOPHIMANH

　　　　Defendant.

Case No. 2:24-mj-0070-4 DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release MULAN PRECIOUS KEOPHIMANH Case No. 2:24-mj-0070-4 DB Charges 21 USC §§ 846, 841(a)(1) from custody for the following reasons:

　　　　＿＿＿ Release on Personal Recognizance

　　　　＿＿＿ Bail Posted in the Sum of $＿＿＿＿＿＿＿＿

　　 X 　　Unsecured Appearance Bond $ $25,000 co-signed by Phonepraseut "Naudia" Keophimanh

　　　　＿＿＿ Appearance Bond with 10% Deposit

　　　　＿＿＿ Appearance Bond with Surety

　　　　＿＿＿ Corporate Surety Bail Bond

　　　　＿＿＿ (Other): ＿

Issued at Sacramento, California on June 3, 2024 at 2:25 PM


By:　/s/ Carolyn K. Delaney

　　　Chief Magistrate Judge Carolyn K. Delaney