**FILED**

**Jun 06, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
ALEXIS KLEIN
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO CESAR SARABIA, <br> MICHAEL WILLIAM HUTCHISON III, <br> JOSE MIGUEL HERNANDEZ JR., <br> MULAN PRECIOUS KEOPHIMANH, <br> JOHNNY BOBBY TRUONG, <br> GUADALUPE MANUEL CERVANTES, <br>   aka "Pep," and <br> TANYA DUERELLE LAWSON, <br><br> Defendants. | CASE NO. 2:24-cr-0164 TLN <br><br> 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (10 counts); 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

    The Grand Jury charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
JOSE MIGUEL HERNANDEZ JR,
MULAN PRECIOUS KEOPHIMANH,
JOHNNY BOBBY TRUONG,
GUADALUPE MANUEL CERVANTES, and
TANYA DUERELLE LAWSON,

defendants herein, beginning on an unknown date, but no later than on or about January 26, 2023, and continuing through on or about May 10, 2024, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons both known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about February 3, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE:  [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about February 3, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MICHAEL WILLIAM HUTCHISON III,

defendant herein, on or about March 9, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

      The Grand Jury further charges: T H A T

JULIO CESAR SARABIA, and
MICHAEL WILLIAM HUTCHISON III,

defendants herein, on or about April 12, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

      The Grand Jury further charges: T H A T

JULIO CESAR SARABIA, and
MICHAEL WILLIAM HUTCHISON III,

defendants herein, on or about May 19, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

      The Grand Jury further charges: T H A T

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III, and
TANYA DUERELLE LAWSON,

defendants herein, on or about June 6, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

///

1  COUNT EIGHT:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

2         The Grand Jury further charges: T H A T

3                        MICHAEL WILLIAM HUTCHISON III,

4  defendant herein, on or about July 31, 2023, at approximately 4:32 p.m., in the County of Sacramento,

5  State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of a

6  mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled

7  Substance, in violation of Title 21, United States Code, Section 841(a)(1).

8  COUNT NINE:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

9         The Grand Jury further charges: T H A T

10
11                       MICHAEL WILLIAM HUTCHISON III, and
                             JOHNNY BOBBY TRUONG,

12  defendants herein, on or about July 31, 2023, at approximately 6:06 p.m., in the County of Sacramento,

13  State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of

14  a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled

15  Substance, in violation of Title 21, United States Code, Section 841(a)(1).

16  COUNT TEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

17         The Grand Jury further charges: T H A T

18
19                       MICHAEL WILLIAM HUTCHISON III, and
                             JOHNNY BOBBY TRUONG,

20  defendants herein, on or about July 31, 2023, at approximately 6:06 p.m., in the County of Sacramento,

21  State and Eastern District of California, did knowingly and intentionally distribute a mixture and

22  substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of

23  Title 21, United States Code, Section 841(a)(1).

24  ///

25  ///

26  ///

27

28

1   COUNT ELEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

2

3        The Grand Jury further charges: T H A T

4                       JULIO CESAR SARABIA,
                        MICHAEL WILLIAM HUTCHISON III,
5                       MULAN PRECIOUS KEOPHIMANH, and
                        JOHNNY BOBBY TRUONG,

6   defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of

7   California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a

8   mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled

9   Substance, in violation of Title 21, United States Code, Section 841(a)(1).

10  COUNT TWELVE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine]

11       The Grand Jury further charges: T H A T

12
                        JULIO CESAR SARABIA,
13                      MICHAEL WILLIAM HUTCHISON III,
                        MULAN PRECIOUS KEOPHIMANH, and
14                      JOHNNY BOBBY TRUONG,

15  defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of

16  California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a

17  mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in

18  violation of Title 21, United States Code, Section 841(a)(1).

19  COUNT THIRTEEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin]

20       The Grand Jury further charges: T H A T

21
                        JULIO CESAR SARABIA,
22                      MICHAEL WILLIAM HUTCHISON III,
                        MULAN PRECIOUS KEOPHIMANH, and
23                      JOHNNY BOBBY TRUONG,

24  defendants herein, on or about September 16, 2023, in Sacramento County, State and Eastern District of

25  California, did knowingly and intentionally possess with intent to distribute at least 100 grams of a

26  mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

27  violation of Title 21, United States Code, Section 841(a)(1)

28  ///

1   COUNT FOURTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

2        The Grand Jury further charges: T H A T

3                    MICHAEL WILLIAM HUTCHISON III,

4   defendant herein, on or about November 1, 2023, in the County of Sacramento, State and Eastern

5   District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and

6   substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in

7   violation of Title 21, United States Code, Section 841(a)(1).

8   COUNT FIFTEEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

9        The Grand Jury further charges: T H A T

10                  MICHAEL WILLIAM HUTCHISON III, and
                    MULAN PRECIOUS KEOPHIMANH,

11

12  defendants herein, on or about January 16, 2024, in the County of Sacramento, State and Eastern District

13  of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance

14  containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of

15  Title 21, United States Code, Section 841(a)(1).

16  COUNT SIXTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

17       The Grand Jury further charges: T H A T

18                    JOSE MIGUEL HERNANDEZ JR,

19  defendant herein, on or about February 22, 2024, in the County of Sacramento, State and Eastern

20  District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and

21  substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in

22  violation of Title 21, United States Code, Section 841(a)(1).

23  ///

24  ///

25  ///

26

27

28

1  COUNT SEVENTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

2      The Grand Jury further charges: T H A T

3
                    MICHAEL WILLIAM HUTCHISON III, and
4                          JOSE MIGUEL HERNANDEZ JR,

5  defendants herein, on or about February 28, 2024, in the County of Sacramento, State and Eastern

6  District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and

7  substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in

8  violation of Title 21, United States Code, Section 841(a)(1).

9  COUNT EIGHTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

10     The Grand Jury further charges: T H A T

11                    MICHAEL WILLIAM HUTCHISON III,

12  defendant herein, on or about March 3, 2024, in the County of Sacramento, State and Eastern District of

13  California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance

14  containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl,"

15  a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

16  COUNT NINETEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

17     The Grand Jury further charges: T H A T

18                    JOSE MIGUEL HERNANDEZ JR,

19  defendant herein, on or about April 2, 2024, in the County of Sacramento, State and Eastern District of

20  California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance

21  containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of

22  Title 21, United States Code, Section 841(a)(1).

23  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

24     1.     Upon conviction of one or more of the offenses alleged in Counts One through Nineteen

25  of this Indictment, defendants JULIO CESAR SARABIA, MICHAEL WILLIAM HUTCHISON III,

26  JOSE MIGUEL HERNANDEZ, JR., MULAN PRECIOUS KEOPHIMANH, JOHNNY BOBBY

27

28

1    TRUONG, GUADALUPE MANUEL CERVANTES, and TANYA DUERELLE LAWSON shall forfeit

2    to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

3                    a.    Any real or personal property, which constitutes or is derived from any proceeds

4    obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be

5    used, in any manner or part to commit or to facilitate the commission of the offenses.

6                    b.    A sum of money equal to the total amount of proceeds obtained as a result of the

7    offenses, or conspiracy to commit such offenses, for which defendants are convicted.

8            2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One

9    through Nineteen of this Indictment, for which defendants are convicted:

10                    a.    cannot be located upon the exercise of due diligence;

11                    b.    has been transferred or sold to, or deposited with, a third party;

12                    c.    has been placed beyond the jurisdiction of the Court;

13                    d.    has been substantially diminished in value; or

14                    e.    has been commingled with other property which cannot be divided without

15                            difficulty;

16    it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

17    forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

18                                            A TRUE BILL.

19                                            /s/ Signature on file w/AUSA

20

21

22

23    PHILLIP A. TALBERT
      United States Attorney

                                            FOREPERSON

24

25

26

27

28

*No.* _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*  **NO PROCESS NECESSARY**

JULIO CESAR SARABIA,
MICHAEL WILLIAM HUTCHISON III,
JOSE MIGUEL HERNANDEZ JR.,
MULAN PRECIOUS KEOPHIMANH,
JOHNNY BOBBY TRUONG,
GUADALUPE MANUEL CERVANTES,
AKA "PEP," AND
TANYA DUERELLE LAWSON,

## I N D I C T M E N T

**VIOLATION(S):**  21 U.S.C. §§ 846, 841 – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (3 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (10 counts); 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*      **/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                              *Foreman.*
*Filed in open court this* _ _ 6th _ _ _ _ _ _ _ _ _ *day*

*of* _ June _ _ _ _ _ _ _ _ _ *, A.D. 20* _24_ _ _

                            /s/ L. Kennison
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                *Clerk.*

**NO PROCESS NECESSARY**

_ _ _ _ _ _ _ _ _ _ _ _ _ Carol M. Delany _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

<u>**United States v. Julio Cesar Sarabia, et al.**</u>
**Penalties for Indictment**

## <u>Defendants</u>

**JULIO CESAR SARABIA**
**MICHAEL WILLIAM HUTCHISON III**
**JOSE MIGUEL HERNANDEZ JR**
**MULAN PRECIOUS KEOPHIMANH**
**JOHNNY BOBBY TRUONG**
**GUADALUPE MANUEL CERVANTES**
**TANYA DUERELLE LAWSON**

| | |
|---|---|
| <u>**COUNT 1:**</u> | **ALL DEFENDANTS** |
| VIOLATION: | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute at least 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |
| <u>**COUNTS 2, 8:**</u> | **MICHAEL WILLIAM HUTCHISON III** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) – Distribution of at least 50 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 5 years in prison and up to 40 years in prison; or<br>Fine of up to $5,000,000; or both fine and imprisonment<br>Supervised release of at least 4 years and up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory) |

**COUNTS 3, 18:**                **MICHAEL WILLIAM HUTCHISON III**

VIOLATION:                21 U.S.C. § 841(a)(1) – Distribution of at least 40 Grams of a
                          Mixture or Substance Containing a Detectable Amount of Fentanyl

PENALTIES:                Mandatory minimum of 5 years in prison and up to 40 years in
                          prison; or
                          Fine of up to $5,000,000; or both fine and imprisonment
                          Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT:       $100 (mandatory)


**COUNTS 4, 14:**                **MICHAEL WILLIAM HUTCHISON III**

VIOLATION:                21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                          Mixture or Substance Containing a Detectable Amount of
                          Methamphetamine

PENALTIES:                Mandatory minimum of 10 years in prison and up to life in prison;
                          or
                          Fine of up to $10,000,000; or both fine and imprisonment
                          Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:       $100 (mandatory)


**COUNT 5:**                **JULIO CESAR SARABIA**
                            **MICHAEL WILLIAM HUTCHISON III**

VIOLATION:                21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                          Mixture or Substance Containing a Detectable Amount of
                          Methamphetamine

PENALTIES:                Mandatory minimum of 10 years in prison and up to life in prison;
                          or
                          Fine of up to $10,000,000; or both fine and imprisonment
                          Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:       $100 (mandatory)

**COUNT 6:**            **JULIO CESAR SARABIA**
                        **MICHAEL WILLIAM HUTCHISON III**

VIOLATION:              21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least
                        500 Grams of a Mixture or Substance Containing a Detectable
                        Amount of Methamphetamine

PENALTIES:              Mandatory minimum of 10 years in prison and up to life in prison;
                        or
                        Fine of up to $10,000,000; or both fine and imprisonment
                        Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:     $100 (mandatory)


**COUNT 7:**            **JULIO CESAR SARABIA**
                        **MICHAEL WILLIAM HUTCHISON III**
                        **TANYA DUERELLE LAWSON**

VIOLATION:              21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least
                        500 Grams of a Mixture or Substance Containing a Detectable
                        Amount of Methamphetamine

PENALTIES:              Mandatory minimum of 10 years in prison and up to life in prison;
                        or
                        Fine of up to $10,000,000; or both fine and imprisonment
                        Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:     $100 (mandatory)


**COUNT 9:**            **MICHAEL WILLIAM HUTCHISON III**
                        **JOHNNY BOBBY TRUONG**

VIOLATION:              21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                        Mixture or Substance Containing a Detectable Amount of
                        Methamphetamine

PENALTIES:              Mandatory minimum of 10 years in prison and up to life in prison;
                        or
                        Fine of up to $10,000,000; or both fine and imprisonment
                        Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:     $100 (mandatory)

60

**COUNT 10:**          **MICHAEL WILLIAM HUTCHISON III**
                       **JOHNNY BOBBY TRUONG**

VIOLATION:             21 U.S.C. § 841(a)(1) – Distribution of a Mixture or Substance
                       Containing a Detectable Amount of Heroin

PENALTIES:             Up to 20 years in prison; or
                       Fine of up to $1,000,000; or both fine and imprisonment
                       Supervised release of at least 3 years and up to life

SPECIAL ASSESSMENT:    $100 (mandatory)

**COUNT 11:**          **JULIO CESAR SARABIA**
                       **MICHAEL WILLIAM HUTCHISON III**
                       **MULAN PRECIOUS KEOPHIMANH**
                       **JOHNNY BOBBY TRUONG**

VIOLATION:             21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                       Mixture or Substance Containing a Detectable Amount of
                       Methamphetamine

PENALTIES:             Mandatory minimum of 10 years in prison and up to life in prison;
                       or
                       Fine of up to $10,000,000; or both fine and imprisonment
                       Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:    $100 (mandatory)

**COUNT 12:**          **JULIO CESAR SARABIA**
                       **MICHAEL WILLIAM HUTCHISON III**
                       **MULAN PRECIOUS KEOPHIMANH**
                       **JOHNNY BOBBY TRUONG**

VIOLATION:             21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least
                       500 Grams of a Mixture or Substance Containing a Detectable
                       Amount of Cocaine

PENALTIES:             Mandatory minimum of 5 years in prison and up to 40 years in
                       prison; or
                       Fine of up to $5,000,000; or both fine and imprisonment
                       Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT:    $100 (mandatory)

61

**COUNT 13:**                  **JULIO CESAR SARABIA**
                               **MICHAEL WILLIAM HUTCHISON III**
                               **MULAN PRECIOUS KEOPHIMANH**
                               **JOHNNY BOBBY TRUONG**

VIOLATION:                     21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least
                               100 Grams of a Mixture or Substance Containing a Detectable
                               Amount of Heroin

PENALTIES:                     Mandatory minimum of 5 years in prison and up to 40 years in
                               prison; or
                               Fine of up to $5,000,000; or both fine and imprisonment
                               Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT:            $100 (mandatory)


**COUNT 15:**                  **MICHAEL WILLIAM HUTCHISON III**
                               **MULAN PRECIOUS KEOPHIMANH**

VIOLATION:                     21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                               Mixture or Substance Containing a Detectable Amount of
                               Methamphetamine

PENALTIES:                     Mandatory minimum of 10 years in prison and up to life in prison;
                               or
                               Fine of up to $10,000,000; or both fine and imprisonment
                               Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:            $100 (mandatory)


**COUNTS 16, 19:**             **JOSE MIGUEL HERNANDEZ**

VIOLATION:                     21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                               Mixture or Substance Containing a Detectable Amount of
                               Methamphetamine

PENALTIES:                     Mandatory minimum of 10 years in prison and up to life in prison;
                               or
                               Fine of up to $10,000,000; or both fine and imprisonment
                               Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:            $100 (mandatory)

**COUNT 17:**                      **MICHAEL WILLIAM HUTCHISON III**
                                   **JOSE MIGUEL HERNANDEZ**

VIOLATION:                         21 U.S.C. § 841(a)(1) – Distribution of at least 500 Grams of a
                                   Mixture or Substance Containing a Detectable Amount of
                                   Methamphetamine

PENALTIES:                         Mandatory minimum of 10 years in prison and up to life in prison;
                                   or
                                   Fine of up to $10,000,000; or both fine and imprisonment
                                   Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT:    $100 (mandatory)


**FORFEITURE ALLEGATION:    ALL DEFENDANTS**

VIOLATION:                         21 U.S.C. § 853(a) – Criminal Forfeiture

PENALTIES:                         As stated in the charging document