SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
MULAN KEOPHIMANH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:24-cr-0164-4 TLN
                           )
        Plaintiff,         )
                           ) STIPULATION AND ORDER MODIFYING
                           ) CONDITIONS OF PRE-TRIAL RELEASE
                           )
MULAN KEOPHIMANH,          )
                           )
        Defendant.         )
                           )
                           )
                           )

The United States of America through its undersigned counsel, Assistant United States Attorney, together with counsel for defendant MULAN KEOPHIMANH, Shari Rusk, Esq., request to modify the special conditions of release (ECF #21) at the recommendation of the defendant's pretrial services officer. The parties request and stipulate to add the following special condition:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

1

Dated: July 28, 2024          /s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
Mulan Keophimanh

/s/ Alexis Klein
Alexis Klein
Assistant United States Attorney

cc: Kelsey Howard, PTSO

**ORDER**

Based upon the parties' stipulation and the pretrial services officer's recommendation, the defendant's terms and conditions of pretrial release will include the following term:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated: August 2, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE