# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**<br>vs.<br><br>Mulan Precious Keophimanh | )<br>)<br>) Case No. 2:24-CR-00164-DC-4<br>)<br>) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Mulan Precious Keophimanh, have discussed with  Monica Bentley , Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release:
15. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Jeremy D. Peterson, Courtroom 9, on a date to be determined.

Reason for modification:
On December 23, 2024, and May 6, 2025, Ms. Keophimanh submitted urine samples that tested positive for benzoylecgonine (a cocaine metabolite). These results were confirmed by the national laboratory. Ms. Keophimanh has a difficult time communicating and initially was not forthcoming about her substance use. However, after further discussion and assistance from defense counsel, Ms. Keophimanh admitted her drug use and proactively requested placement in the Better Choices Court program. Pretrial Services also increased her drug testing and is working with her counselor to ensure she has the support she needs. In consideration of her honesty and willingness to engage in additional services, Pretrial Services recommends that Ms. Keophimanh participate in the Better Choices Court program in lieu of proceeding with a formal violation hearing.

The Government was advised of Ms. Keophimanh's positive drug test results and does not object to Pretrial Services' proposed plan of action or the requested modification of conditions. The Court was also notified of Ms. Keophimanh's positive drug test results and the Government's position, and subsequently authorized Pretrial Services to proceed with modifying conditions to enroll Ms. Keophimanh in the Better Choices Court program in lieu of formal violation proceedings.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_    7/21/25        _Monica Bentley_    7/21/25
Signature of Defendant   Date        Signature of Pretrial Services Officer   Date

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

_[signature]_    8-19-25
Signature of Assistant U.S. Attorney   Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Keophimanh, Mulan Precious
Page 2

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   7/31/25
Signature of Defense Counsel         Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____   7/31/25
Signature of Third-Party Custodian    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____   7/31/25
Signature of Surety                  Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  8/22/2025
☐ The above modification of conditions of release is *not* ordered.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE